UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AHEEM PENNYFEATHER,                              :
                                                 :
                          Plaintiff,             :
          -against-                              :
                                                 :    24-CV-9922 (VEC)
                                                 :
QSR NY LLC, *doing business as* KFC              :    ORDER
                                                 :
                                                 :
                          Defendant.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 24, 2025, Plaintiff filed a Complaint against Defendant QSR NY LLC, in which he alleged that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.  Compl., Dkt. 1, ¶ 5;

  WHEREAS "a limited liability company has the citizenship of its members." *See Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

  WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs).  *See Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000);

  WHEREAS the Complaint alleges that Defendant QSR NY LLC is a "limited liability duly organized and existing under and by virtue of the laws of the State of Delaware," Compl. ¶ 11, but does not allege the identity or citizenship of any of its members; and

  WHEREAS on March 18, 2025, the Clerk of the Court issued a certificate of default as to Defendant QSR NY LLC.

2

      IT IS HEREBY ORDERED that, not later than **Wednesday, April 9, 2025**, Plaintiff must file an Amended Complaint alleging the identity and citizenship of each member of Defendant QSR NY LLC.  Assuming the parties are diverse and this case is not dismissed for lack of subject matter jurisdiction, Plaintiff is reminded that he must serve the Amended Complaint upon Defendant and allow Defendant time to respond prior to seeking default judgment.  If Defendant fails to respond to the Amended Complaint in a timely manner, Plaintiff is reminded to consult Rule 4(H) and Attachment A of the Undersigned's Individual Practices in Civil Cases for instructions on how to seek default judgment.

**SO ORDERED.**

Date:  March 31, 2025
       New York, New York

                                                                VALERIE CAPRONI
                                                    **United States District Judge**